Submitted on remand from the Oregon Supreme Court December 11, 2001,
reversed and remanded for reconsideration September 11, 2002

In the Matter of the Compensation of
Barbara Johnson, Claimant.

Barbara JOHNSON,
*Petitioner,*

*v.*

EASTERN OREGON STATE COLLEGE
and SAIF Corporation,
*Respondents.*

95-07224, 95-05888; A98381

53 P3d 946

Christopher D. Moore filed the brief for petitioner.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and David L. Runner, Special Assistant Attorney General, filed the brief for respondents.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Koskela v. Willamette Industries, Inc.*, 331 Or 362, 15 P3d 548 (2000).